**AFFT**
NEAL O. CHAMBERS, NSB 8021
JOEL G. SELIK, NSB 402
CHAMBERS & SELIK, LLP
1055 E. TROPICANA AVE.
SUITE 300
LAS VEGAS, NV 89119
(702) 891-8400
*Attorneys for Plaintiff*
*Gabriel Adefris and*
*Emebet K. Mengesha*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL ADEFRIS and EMEBET K. MENGESHA, individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NEW CENTURY MORTGAGE CORPORATION, LITTON LOAN SERVICING, NATIONAL DEFAULT SERVICING CORPORATION, and DOES I-X, ROES I-X INCLUSIVE<br><br>Defendants. | CASE NO.: 2:09-cv-00730<br>Nevada State Court Case No. A582392 |

## AFFIDAVIT OF SERVICE

Front Range Legal Process Service
826 Roma Valley
Fort Collins, CO 80525
(888)387-3783

IN THE DISTRICT COURT OF NEVADA

IN THE COUNTY OF CLARK

| | | |
|---|---|---|
| GABRIEL ADEFRIS & EMEBET K. MENGESHA, | ) ) ) | Case No.: A582392 |
| Plaintiff(s), vs. | ) ) ) | DECLARATION OF SERVICE BY PRIVATE PROCESS SERVER |
| NEW CENTURY MORTGAGE CORPORATION, LITTON LOAN SERVICING, NATIONAL DEFAULT SERVICING CORPORATION et.al., | ) ) ) ) | |
| Defendant(s). | ) | |

Jack Cox upon his oath and personal knowledge states as follows:

1. I am over twenty one years of age, suffer no legal disabilities and I am licensed in Maricopa County as a private process server;

2. On April 6, 2009 at 3:41 p.m., I delivered to NATIONAL DEFAULT SERVICING CORPORATION by and through the Corporation Commission at 1300 W. Washington St. 1st Fl. in Phoenix, Arizona the Notice of Pendency of Action: Complaint; Summons filed with/issued by this Honorable Court in this matter by delivery to Rebekah Hernandez;

I swear under penalty of perjury pursuant to laws of the State of Nevada this 9th day of April, 2009 that the foregoing is true and correct.

_____
Jack Cox

Notary: _____
CINDY LEE
Notary Public - Arizona
Maricopa County
Expires 07/07/2012